# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:11-cr-101-Orl-28KRS

**CHAD WARNER**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Dan Irick |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Travis Williams |
| **COURT REPORTER:** | Amie First | **PRETRIAL/PROBATION:** | Richard M. Svendsen |
| **DATE/TIME:** | August 19, 2011 9:45-10:30 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Counts One and Four of the Indictment.

IMPRISONMENT: 135 Months; This term consists of terms of 60 Months on Count One and 135 Months on Count Four, all such terms to run concurrent..

Court Recommends: That defendant be incarcerated in New York or New Jersey and that defendant receive drug and alcohol rehabilitation while incarcerated.

Supervised Release: 3 Years on each of Counts One and Four, all such terms to run concurrent.

MANDATORY DRUG TESTING requirements are: Waived.

Special Conditions of Supervised Release are:

    Credit Card Condition: Open no new credit, make no new large purchases, etc.

    Provide probation officer access to any requested financial information.

    Cooperate in the colletion of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision: Waived.

Special Assessment: $200.00.

Restitution: $1,135,717.80 for distribution to the victims who are identified in the presentence report. Restitution shall be paid jointly and severally with each of the coconspirators charged in Middle District of Florida Case Nos. 6:11-CR-101-ORL-28KRS: 6:11-CR-103-ORL-28GJK; 6:11-CR-105-ORL-28GJK; 6:11-CR-108-ORL-28GJK and 6:11-CR-130-ORL-28DAB.

Counts Two and Three of the Indictment are dismissed on the motion of AUSA.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks: Defendant is advised of right to appeal..